DIXON, Justice
(dissenting).
I respectfully dissent.
The reasons given in my dissent in State of Louisiana v. Bell, 263 La. 434, 268 So.2d 610, decided this day, are also applicable to this case.
The defense lawyer here was interrupted by the trial judge when the lawyer inquired, “Do you have any opposition to the Court’s comment that the indictment is proof of absolutely nothing?”
Contrary to the inference contained in the majority opinion, if the juror had an-' swered affirmatively, without further ex-' planation, he could have been challenged for cause under the provisions' of article"' 797(4) of the Code of Criminal Procedure:’ “The juror will not' accept the law as given to him by the court . . .”